PER CURIAM.
Affirmed. See State v. Nelson, 26 So.3d 570 (Fla.2010); State v. King, 426 So.2d 12 (Fla.1982); State v. Burgess, 153 So.3d 286 (Fla. 2d DCA 2014); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); *448 Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Williams v. State, 452 So.2d 657 (Fla. 2d DCA 1984); Sterling v. State, 728 So.2d 340 (Fla. 1st DCA 1999); Sequoia v. State, 678 So.2d 493 (Fla. 4th DCA 1996).
KHOUZAM, SLEET, and LUCAS, JJ., Concur.